CASE HEARING SUMMARY

**(This is NOT an ORDER)**

Date: 07/30/2020 Time: 10:30

**CASE: 20-10014-SMT Attariwala v. Green et al : ADVERSARY PROCEEDING** Related: 19-00828-SMT Jaspreet Kaur Attariwala

**APPEARANCES:**

David E Lynn representing Jaspreet Kaur Attariwala (Plaintiff)
PRO SE Rebecca Green (Defendant)
Nelson C. Cohen representing Bioconvergence LLC d/b/a Singota Solutions LLC (Intervenor-Defendant)

**MATTER HEARD:**
[18] Motion to Dismiss Adversary Proceeding *or, Alternatively, to Stay* Filed by Bioconvergence LLC d/b/a Singota Solutions LLC

**FILED BY** : Bioconvergence LLC d/b/a Singota Solutions LLC BY N Cohen;

| DE# | 21 | hearing summary 7/1/20 | DE# | ____ | _____ |
|---|---|---|---|---|---|
|     | 20 | order setting schedule |     |      |                        |
| DE# | 22 | opposition             | DE# | ____ | _____ |
|     | 23 | reply in support       |     |      |                        |

**OUTCXOME:**

Motion to dismiss denied. Court sets August 28, 2020, as deadline for Rebecca Green and ESI Team, Inc. to respond to the complaint.

/s/ S. Martin Teel, Jr.
S. Martin Teel, Jr., United States Bankruptcy Judge