The order below is hereby signed.

Signed: June 6 2022



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 19-00828-ELG |
| **Jaspreet Attariwala,**  Debtor. | Chapter 13 |
| **Jaspreet Attariwala,**  Plaintiff | |
| v. | Adv. Pro. No. 20-10014 |
| **Rebecca Green et al.,**  Defendant | |

### ORDER DISMISSING ADVERSARY PROCEEDING

Before the Court is the *Motion to Dismiss Adversary Proceeding* (ECF No. 65) (the "Motion to Dismiss") filed by Defendant Rebecca Green, which sought to dismiss the *Complaint* (ECF No. 1) as moot. For the reasons stated on the record at the Hearing held June 2, 2022, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

The *Motion to Dismiss* (ECF No. 65) is **GRANTED** and the *Complaint* (ECF No. 1) is dismissed as moot, without prejudice.

[Signed and dated above.]

Copies to: Rebecca Green, all recipients of electronic notice.